IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH – CENTRAL DIVISION

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JOEL CORRAL-ESTRADA<br><br>Defendant. | **ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:06-CR-00565<br><br>Judge Dee Benson |
|---|---|

On February 28, 2007, Defendant Joel Corral-Estrada moved to suppress the evidence obtained during a search of his car. The case was referred to Magistrate Judge Warner pursuant to 28 U.S.C. § 636(b)(1)(B) and the Magistrate Judge conducted an evidentiary hearing and set a briefing schedule. On August 15, 2007, the Magistrate Judge issued a Report and Recommendation advising that Mr. Corral-Estrada's motion be denied. The parties then had ten days under 28 U.S.C. § 636(b) in which to file objections to the Magistrate Judge's Report and Recommendation. Neither has done so. The Court has reviewed the Magistrate Judge's Report and Recommendation and agrees with its factual determinations and legal conclusions and accordingly adopts the Report and Recommendation. The motion to suppress is DENIED.

IT IS SO ORDERED.

DATED this 31st day of August, 2007.

Dee Benson
United States District Judge